**DISMISS and Opinion Filed November 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00996-CV

**MARK NUSBAUM, CHRIS CLARK, AND
LEAD EQUITY GROUP, LLC, Appellants
V.
WELLINGTON REALTY, LLC, WRC ADVISORS, LLC,
AND DAVID SHAFFER, Appellees**

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-18-18742**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Schenck
Opinion by Justice Schenck

Before the Court is appellants' motion to dismiss the appeal pursuant to Texas Rule of

Appellate Procedure 42.1(a)(1). TEX. R. APP. P. 42.1(a)(1). We grant appellants' motion and

dismiss this appeal. *See id.*

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

190996F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARK NUSBAUM, CHRIS CLARK, AND
LEAD EQUITY GROUP, LLC, Appellants

No. 05-19-00996-CV       V.

WELLINGTON REALTY, LLC, WRC
ADVISORS, LLC, AND DAVID
SHAFFER, Appellees

On Appeal from the 95th District Court,
Dallas County, Texas
Trial Court Cause No. DC-18-18742.
Opinion delivered by Justice Schenck. Chief
Justice Burns and Justice Whitehill
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees WELLINGTON REALTY, LLC, WRC ADVISORS, LLC, AND DAVID SHAFFER recover their costs of this appeal from appellants MARK NUSBAUM, CHRIS CLARK, AND LEAD EQUITY GROUP, LLC.

Judgment entered this 19th day of November, 2019.